UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                      :

MARCIA WHITAKER, et al.,               :

                               :

                  Plaintiffs,     :

                               :          26-CV-02088 (JAV)

       -v-                      :

                               :             ORDER

                               :

J.P. MORGAN CHASE BANK, N.A.,   :

                               :

                  Defendant.    :

                               :
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

On May 15, 2026, the parties filed a motion to stay this case pending arbitration of their disputes. That motion is GRANTED. The initial pretrial conference in this matter is adjourned sine dia.

As there is no reason to keep the case open pending the arbitration, the Clerk is directed to terminate all open gavels and administratively close the case without prejudice to either party moving by letter motion to reopen the case within thirty days of the conclusion of the arbitration proceedings.

SO ORDERED.

Dated: June 8, 2026
      New York, New York                       _____
                                       JEANNETTE A. VARGAS
                                       United States District Judge